■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON WHITAKER, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered October 19, 1976, convicting him of robbery in the first degree (two counts), upon his pleas of guilty, and imposing sentence. Judgment affirmed (see *People v Esajerre,* 35 NY2d 463, 467; *People v Williams,* 36 NY2d 829, cert den *sub nom. Williams v New York,* 423 US 873). Margett, J. P., Rabin, Titone and Mollen, JJ., concur.